JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVA HAJIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>  Defendants. | Case No.  2:22-cv-8248-JLS-RAO<br><br>**ORDER RE:  JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 8)** |

   Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application (Doc. 8) submitted by the parties, and finding good cause therefor, the Court HEREBY STAYS the instant action until July 21, 2023.  No later than that date, the Plaintiff shall file a notice of dismissal or a status report on the action.

DATED: January 18, 2023

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE